Same case below, 43 So. 3d 708 (all judgments).

No. 10-7770. Glenn Payton, Jr., Petitioner v. Mississippi.

562 U.S. 1226, 131 S. Ct. 1482, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1348.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 41 So. 3d 713.

No. 10-7771. My Ngo, Petitioner v. Anthony Hedgepeth, Warden.

562 U.S. 1226, 131 S. Ct. 1482, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1390.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7776. Luis Colon, Petitioner v. Robert Taskey, et al.

562 U.S. 1226, 131 S. Ct. 1482, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1335.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 414 Fed. Appx. 735.

No. 10-7785. Timothy Sneed, Petitioner v. Pan American Hospital, et al.

562 U.S. 1226, 131 S. Ct. 1482, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1357.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 47.

No. 10-7788. Jad Issa Salem, Petitioner v. David L. Runnels, Warden.

562 U.S. 1226, 131 S. Ct. 1483, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1504.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7792. Roger Hudon, Petitioner v. Don Helling, Warden, et al.

562 U.S. 1227, 131 S. Ct. 1483, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1414.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7793. James Michael Flippo, Petitioner v. Thomas L. McBride, Warden.

562 U.S. 1227, 131 S. Ct. 1483, 179 L. Ed. 2d 318, 2011 U.S. LEXIS 1411.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 93.